# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division

**In re:**  
Richard Clayton Snead Jr.  
Sharon Kay Snead  

**Case Number** 18–36433–KRH  
**Chapter** 7  
**Judge** Kevin R. Huennekens  

Debtor(s)

**To:** Theseus Schulze

## NOTICE OF DEFICIENT FILING

Upon authority of Local Bankruptcy Rule 5005–1, the documents submitted by you

*13* – Motion for Relief from Stay Re: 60 Cecelia Court, Surry, VA 23883 with Notice of Hearing, filed by Theseus Danger Schulze of Orlans Group, PC on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper. Hearing scheduled for 3/6/2019 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Attachments: # 1 Notice of Motion # 2 Note # 3 Deed of Trust # 4 Assignment) (Schulze, Theseus)

contain certain deficiencies as set forth below. Failure to correct the deficiencies, or to request a hearing on or before February 19, 2019, may result in the pleading or other paper **being stricken from the record or, if a petition or complaint is deficient, the case or adversary proceeding being dismissed.**

### REPRESENTATION AND APPEARANCES:
- \_\_ the ECF registered participant attorney filing the document does not match the attorney's signature on the document.
- \_\_ **Requirement of Counsel:** filed on behalf of an entity not a natural person acting on own behalf and not signed by counsel permitted to appear under LBR 2090–1. [See LBR 9010–1]
- \_\_ **Identification of Attorney:** State Bar number omitted from document/proposed order. [See LBR 5005–1(C)(5) and 9022–1(A)]
- \_\_ a written application for *pro hac vice* admission must be appended to the motion filed by a member of the Bar of this Court. [See LBR 2090–1(E)(2)(a)]

### REQUIREMENT OF FORM:
- \_\_ **Legibility:** not in compliance with LBR 5005–1(C)(1)
- \_\_ **Caption, Official Forms:** [See LBR 5005–1(C)(2)] Every paper must bear the debtor(s) name, the case number and chapter of the case to which it pertains and be in substantial compliance with the current Official Form. *If applicable,* \_\_ Case name and/or number do not match on paper submitted.
- \_\_ Not on acceptable form approved by Court for use in Eastern District of Virginia pursuant to Local Bankruptcy Rule 3015–2(A).
- **X** **Signature Required:** not signed by counsel of record, or individual, if *pro se*.
  - \_\_ *if corporation,* not signed by counsel. [See LBR 5005–1(C)(4)]
  - \_\_ *if amendment to petition, lists or *schedules,* not verified by unsworn declaration with original signature of all debtors and, if required, the original signature of the attorney. [See FRBP 1008]
  - **X** *if document submitted in electronically filed case,* signature not indicated with the party's name and/or attorney's name typed in full on the signature line, e.g. /s/ Jane Doe. [See CM/ECF Policy Statement 8.B., Form of Signature of Attorney User and Non–Attorney User.]
- \_\_ Document does not appear to be complete. Please review this filing for possible error and relate any amendment/correction to the original document.
- \_\_ Document does not match the event entry used for docketing. Please review this filing and redocket using the correct event entry or redocket to attach the correct document.
- \_\_ Document appears to be filed in the wrong case. Please review this filing and docket to the correct case.
- \_\_ Document does not include a certification whether an Attorney assisted with the preparation of the document. [See LBR 2090–1]
- \_\_ *Schedules/Amended schedules do not include Form 106Dec – Declaration About an Individual Debtor's Schedules, or Form 106Dec is not signed.

### VOLUNTARY PETITIONS:
- \_\_ Not accompanied by a properly completed Voluntary Petition and/or required summary of schedules (2–pages), statements, schedules, lists and exhibits in substantial compliance with the Official Forms which are available on the Court's web site at www.vaeb.uscourts.gov.
- \_\_ More than one entity listed as the debtor *(only husband and wife may file a joint voluntary petition).*
- \_\_ Not verified by signature of attorney for debtor(s).
- \_\_ Not verified by unsworn declaration with signature of all debtors.
- \_\_ **If corporate debtor:** not accompanied by corporate resolution authorizing filing **and/or** not signed by attorney. [See LBR 1074–1]
- \_\_ **If Chapter 11:** not accompanied by List of Twenty Largest Unsecured Claims. [See LBR 1007–1]
- \_\_ **If publicly traded chapter 11:** not accompanied by Exhibit A (attached to petition).
- \_\_ **If submitted in electronically filed case,** a correct petition not attached at case opening. [See LBR 5005–1(C) and (D)]

Date: February 5, 2019                                             Clerk, United States Bankruptcy Court

By /s/ Cindy Baumgartner, Deputy Clerk
Direct Dial Telephone No. 804–916–2413

[defntcvDec2017.jsp]